Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DILLON V. CAO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-01325-BJR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE WITHOUT FEES AND COSTS**<br><br>*(Clerk's Action Required)* |

**<u>ORDER</u>**

IN CONFORMITY with the Stipulation for Order of Dismissal, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiff against Defendant in the above-captioned matter shall be, and hereby are, DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

DATED this 19th day of October, 2023.

*/s/ Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL WITH
PREJUDICE WITHOUT FEES AND COSTS - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

*Presented by:*

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075

*s/ John B. Fay*
John B. Fay, WSBA #46623
*Attorneys for Allstate*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | jfay@cwlhlaw.com


*Approved:*

**NORTHWEST LAW GROUP, PLLC**

*s/*
Jonathan Nguyen, WSBA #46602
*Attorney for Plaintiff*
7565 Renton Avenue South
Seattle, WA 98118
Tel : 206 508 2244
legal@nwlawgroup.net
jonathan@nwlawgroup.net

---

**ORDER OF DISMISSAL WITH PREJUDICE WITHOUT FEES AND COSTS - 2**